**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:    Ex parte Richard Dennis Harris

Appellate case number:    01-12-00967-CR

Trial court case number:    1289692

Trial court:    338th District Court of Harris County

Date motion filed:    July 8, 2013

Party filing motion:    Richard Dennis Harris

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Rebeca Huddle
                ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Jennings, Brown, and Huddle


Date: July 19, 2013